UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH D. JOHNSON,

        Plaintiff,

vs.                                            Case No. 8:07-cv-2218-T-27EAJ

TAMPA GENERAL HOSPITAL,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 11) recommending that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. 2) be denied. No party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)    The Report and Recommendation (Dkt. 11) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review;

2)    Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**;

3)    Plaintiff shall pay the filing fee within ten (10) days of the date of this Order. Failure to do so will result in the dismissal of this case without further notice by the Court.

**DONE AND ORDERED** in Tampa, Florida, on this 12th day of March, 2008.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record